## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin W. Rodewald, | Civil No. 08-5911 (RHK/SRN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson.  No objections to the Report and Recommendation were filed.1  Accordingly, **IT IS ORDERED**:

1.  The Report and Recommendation (Doc. No. 15) is **ADOPTED**;

2.  Plaintiff's Motion for Summary Judgment (Doc. No. 8) is **GRANTED AS TO REMAND**;

3.  Defendant's Motion for Summary Judgment (Doc. No. 12) is **DENIED**; and

4.  The case is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

Dated:  April 16, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge

---

1. The Court notes, but neither accepts nor approves of, Defendant's gratuitous and self-serving statement that the "defense in this case appears clearly reasonable and well founded in law and fact."